UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL ELECTRIC HEALTHCARE
FINANCIAL SERVICES, INC.,

    Plaintiff,

vs                                                                Case No: 03-70058
                                                                 Honorable Victoria A. Roberts

AMERICAN FUNDING GROUP, INC., AND
IMPERIAL VALLEY CANCER CENTER
MEDICAL CLINIC, INC., AND RONALD SCOTT, ET AL

    Defendant.

AND

IMPERIAL VALLEY CANCER CENTER
MEDICAL CLINIC,

    Counter-Plaintiff

vs

GENERAL ELECTRIC HEALTHCARE
FINANCIAL SERVICES, INC.,

    Counter-Defendant.

vs

AMERICAN FUNDING GROUP, INC.,

    Cross-Defendant,

and

IMPERIAL VALLEY CANCER CENTER
MEDICAL CLINIC, INC. and DR. RONALD SCOTT,

    Third Party Plaintiff,

vs

1

WILLIAM GRUITS,

    Third Party Defendant.

_____/

## **FINAL JUDGMENT**

Final judgment is ordered in accordance with the settlement agreement placed on the record on July 20, 2005.

    IT IS SO ORDERED.

                                              S/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated:  March 6, 2006

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 6, 2006.
>
> s/Carol A. Pinegar
> Deputy Clerk